IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL LEON WILLIAMS,**

Petitioner,

v.

**JIM ROBERTSON, Warden,**

Respondent.

Case No. 21-cv-1531 KJM CKD P (HC)

**ORDER**

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **January 14, 2022**, in which to file with the Court and serve on petitioner a response to the petition for writ of habeas corpus.  If an answer is filed, petitioner's traverse, if any, shall be filed and served within **thirty (30) days** after service of the answer.  If a motion is filed, petitioner's opposition or statement of non-opposition shall be filed and served within **thirty (30) days** after service of the motion, and respondent's reply, if any, shall be filed and served within **fourteen (14) days** thereafter.

Dated:  November 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE